UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY LIPSEY,

                    Plaintiff,

    v.

SGT. RICHARD SHULTZ, LETA KRUME, RUSTY DAVIS, J. TRIECHEL, MARC THOMAS, JOHN DOE, JANE DOE,

                    Defendants.

No. C16-5264 RBL-KLS

**REPORT AND RECOMMENDATION**
**Noted For: March 24, 2017**

Before the Court is the parties' Stipulation of Dismissal. Dkt. 28-1. The parties stipulate to the dismissal of all claims against Defendants Sgt. Richard Shultz, Officer Leta Krume, Officer Rusty Davis, Officer J. Triechel, and Officer Marc Thomas, be dismissed with prejudice and that no award of costs or fees shall be made to either party. Accordingly, it is recommended that all claims against defendants be **DISMISSED WITH PREJUDICE.**

The Clerk should note the matter for **March 24, 2017** as ready for the Honorable Judge Ronald B. Leighton's consideration.

**DATED** this 9th day of March, 2017.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1