UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY LIPSEY,

                              Plaintiff,

        v.

SGT. RICHARD SHULTZ, LETA KRUME,
RUSTY DAVIS, J. TRIECHEL, MARC
THOMAS, JOHN DOE, JANE DOE,

                              Defendants.

No. C16-5264 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     The parties' stipulated motion to dismiss (Dkt. 28) is **GRANTED;** plaintiff's claims against defendants are **Dismissed With Prejudice.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 10th day of March, 2017.

_____
Ronald B. Leighton
United States District Judge

ORDER TO AMEND OR SHOW CAUSE- 1